IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL C. MAYFIELD,

                Plaintiff,

v.

R.N. Hyde,

                Defendant.

ORDER

08-cv-395-slc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Inadvertently, I left out Unit Manager Webster from the respondents that were dismissed from this case, as stated in the paragraph numbered 2 on page 7 of the September 5, 2008 order entered in this case. Unit Manager Webster should have been dismissed along with the other respondents named in plaintiff's original complaint. Moreover, plaintiff's amended complaint, dkt. #10, which has become the operative pleading in this case, does not list Unit Manager Webster. Therefore, IT IS ORDERED that paragraph number 2 on page 7 of the order entered herein on September 5, 2008 is REPLACED with the following paragraph:

      2. Respondents Stanley Correctional Institution, Pamella Wallace, Sean Salters, Unit Manager Webster, Sergeant Anderson, Correctional Officer Tempski and the

1

Copy of this document has been provided to: Plaintiff + [illegible]
this ___ day of ___, 20___
by ___
M. Hardin, Secretary to Judge John C. Shabaz

"Waupun Correctional Institution Stair Manufacturer" are DISMISSED from this action.

In all other respects, the order remains the same.

Entered this 23rd day of October, 2008.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge

2