IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL C. MAYFIELD,

    Plaintiff,

v.

STANLEY CORRECTIONAL INSTITUTION;
PAMELLA WALLACE; SEAN SALTERS;
UNIT MANAGER WEBSTER; SERGEANT
ANDERSON; CORRECTIONAL OFFICER
TEMPSKI; WAUPUN CORRECTIONAL
INSTITUTION STAIR MANUFACTURERS;
HSU STAFF; DR. BACHMANN;
DR. BOEHLMANN; DR. SPENCER;
DR. HONNULA; R.N. RUMMER; R.N. HYDE;
R.N. ANDERSON; R.N. BRENDA;
HSU MANAGER MS. VOEKS; DR. SULIENE;
and LORI ALSUM,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-395-slc

This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case without prejudice against all defendants.

_____
Peter Oppeneer, Clerk of Court

FEB 2 3 2009
_____
Date